IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

SECURITY INSURANCE COMPANY OF HARTFORD,

    Plaintiff,

vs.      No. 04-2423 Ml V

ALLEN & HOSHALL, INC.,

    Defendant.

## ORDER GRANTING MOTION TO RESET TRIAL DATE

Upon motion of Defendant, Allen & Hoshall, Inc. ("A&H"), filed on May 11, 2005, as there is no objection by counsel and for good cause shown, this Court **GRANTS** the Motion to Reset Trial Date and **ORDERS** that the trial date, currently set for August 1, 2005, be and the same will hereby be reset.

SO ORDERED this 12th day of May, 2005.

                                                                        UNITED STATES MAGISTRATE JUDGE

Dated this 12th day of May, 2005.

H:\SHB\Allen and Hoshall\Order on Motion to Reset Trial Date.wpd

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-13-05

1



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:04-CV-02423 was distributed by fax, mail, or direct printing on May 13, 2005 to the parties listed.

---

Jefferson C. Orr
SMITH & CASHION
424 Church St.
Ste. 1200
Nashville, TN 37219--230

Stephen H. Biller
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Honorable Diane Vescovo
US DISTRICT COURT