IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ⸺ D.C.

05 OCT 11 PM 3:37

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| SECURITY INSURANCE<br>COMPANY OF HARTFORD,<br><br>Plaintiff,<br><br>vs.<br><br>ALLEN & HOSHALL, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.:04-2423 MI V<br>)<br>)<br>)<br>) |

### JOINT CONSENT ORDER OF DISMISSAL WITH PREJUDICE

COME NOW the parties, by and through their attorneys of record, Jefferson C. Orr and Stephen H. Biller, and by consent of the parties, do hereby fully and in all respects, dismiss with prejudice the claims and allegations set forth in the Complaint and demands for relief, each party to bear their own costs, including attorney fees.

ENTERED, this 11th day of October, 2005.

_____
Honorable Diane K. Vescovo
United States Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-12-05



APPROVED FOR ENTRY:

*(signature)* y S#B/Consent

JEFFERSON C. ORR, ESQ.
*Attorney for Plaintiff*
Smith Cashion & Orr, PLC
Suite 1200, Financial Center
424 Church Street
Nashville, TN 37219


*(signature)*

STEPHEN H. BILLER, ESQ.
*Attorney for Defendant*
THE BOGATIN LAW FIRM, PLC
1661 International Place Drive
Suite 300
Memphis, TN  38120

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:04-CV-02423 was distributed by fax, mail, or direct printing on October 12, 2005 to the parties listed.

---

Jefferson C. Orr
SMITH & CASHION
424 Church St.
Ste. 1200
Nashville, TN 37219--230

Stephen H. Biller
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Honorable Diane Vescovo
US DISTRICT COURT